1042

THE STATE OF WASHINGTON, *Respondent,* v.
JESSIE LEE DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-02094-6, Nile E. Aubrey, J., entered April 18, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent,* v.
GEORGE MICHAEL KELLER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-1-00415-6, Don L. McCulloch, J., entered April 10, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

ALLAN ASH, ET AL, *Appellants,* v. DEVELOPMENT NORTHWEST, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-00394-3, Thomas McPhee, J. Pro Tem., entered April 29, 1985. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.